<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7267**
_____

JOHN LEE WORSHAM,

Plaintiff - Appellant,

and

WALLACE WARD; CLARENCE JULIUS CHEW; JEFFREY
STEVEN KERSEY; JOSEPH B. SMITH; DONALD L.
KNOX; CHARLES HATFIELD; DOROTHY STEVENSON;
KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD
HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN;
PERCY SMITH, and all others similarly
situated,

Plaintiffs,

versus

RICHARD A. LANHAM,

Defendant - Appellee,

and

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON,
Secretary of Public Safety and Correctional
Services; DIVISION OF CORRECTIONS; MARVIN N.
ROBBINS, Executive Director, IGO; MELANIE C.
PEREIRA, Deputy Commissioner; MARY ANNE SAAR,
Former Acting Secretary; PAUL DAVIS, Chairman;
MARJORIE A. JENNINGS, Commissioner; FRANK
PAPPAS, Commissioner; PATRICIA K. CUSHWA, Com-
missioner; MACEO WILLIAMS, Commissioner; DAN
ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT,
Commissioner,

Defendants.

JEFFREY STEVEN KERSEY,

Plaintiff - Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE JULIUS CHEW; JOSEPH B. SMITH; DONALD L. KNOX; CHARLES HATFIELD; DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH, and all others similarly situated,

Plaintiffs,

versus

RICHARD A. LANHAM,

Defendant - Appellee,

and

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON, Secretary of Public Safety and Correctional Services; DIVISION OF CORRECTIONS; MARVIN N. ROBBINS, Executive Director, IGO; MELANIE C. PEREIRA, Deputy Commissioner; MARY ANNE SAAR, Former Acting Secretary; PAUL DAVIS, Chairman; MARJORIE A. JENNINGS, Commissioner; FRANK PAPPAS, Commissioner; PATRICIA K. CUSHWA, Commissioner; MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants.

CLARENCE JULIUS CHEW,

Plaintiff - Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; JEFFREY STEVEN KERSEY; JOSEPH B. SMITH; DONALD L. KNOX; CHARLES HATFIELD; DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH, and all others similarly situated,

Plaintiffs,

versus

RICHARD A. LANHAM,

Defendant - Appellee,

and

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON, Secretary of Public Safety and Correctional Services; DIVISION OF CORRECTIONS; MARVIN N. ROBBINS, Executive Director, IGO; MELANIE C. PEREIRA, Deputy Commissioner; MARY ANNE SAAR, Former Acting Secretary; PAUL DAVIS, Chairman; MARJORIE A. JENNINGS, Commissioner; FRANK PAPPAS, Commissioner; PATRICIA K. CUSHWA, Commissioner; MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants.

WALLACE WARD; JEFFREY STEVEN KERSEY; CHARLES
HATFIELD; JOHN LEE WORSHAM,

                              Plaintiffs - Appellees,

        and

CLARENCE JULIUS CHEW; JOSEPH B. SMITH; DONALD
L. KNOX; DOROTHY STEVENSON; KAREN FRIED;
LISTON NOBLE; ANTHONY EDWARD HENDERSON;
CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH,
and all others similarly situated,

                              Plaintiffs - Appellees,

        versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON,
Secretary of Public Safety and Correctional
Services; RICHARD A. LANHAM; DIVISION OF
CORRECTIONS; MARVIN N. ROBBINS, Executive
Director, IGO; MELANIE C. PEREIRA, Deputy
Commissioner; MARY ANNE SAAR, Former Acting
Secretary; PAUL DAVIS, Chairman; MARJORIE A.
JENNINGS, Commissioner; FRANK PAPPAS, Com-
missioner; PATRICIA K. CUSHWA, Commissioner;
MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI,
Commissioner; MICHAEL C. BLOUNT, Commissioner,

                              Defendants - Appellants.

HERCULES WILLIAMS,

Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B. SMITH; DONALD L. KNOX; CHARLES HATFIELD; DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH, and all others similarly situated,

Plaintiffs,

versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON, Secretary of Public Safety and Correctional Services; RICHARD A. LANHAM; DIVISION OF CORRECTIONS; MARVIN N. ROBBINS, Executive Director, IGO; MELANIE C. PEREIRA, Deputy Commissioner; MARY ANNE SAAR, Former Acting Secretary; PAUL DAVIS, Chairman; MARJORIE A. JENNINGS, Commissioner; FRANK PAPPAS, Commissioner; PATRICIA K. CUSHWA, Commissioner; MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants - Appellees.

No. 95-7439

JOSEPH COLVIN,

Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE
JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B.
SMITH; DONALD L. KNOX; CHARLES HATFIELD;
DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE;
ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY;
JONNY BROWN; PERCY SMITH, and all others
similarly situated,

Plaintiffs,

versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON,
Secretary of Public Safety and Correctional
Services; RICHARD A. LANHAM; DIVISION OF
CORRECTIONS; MARVIN N. ROBBINS, Executive
Director, IGO; MELANIE C. PEREIRA, Deputy
Commissioner; MARY ANNE SAAR, Former Acting
Secretary; PAUL DAVIS, Chairman; MARJORIE A.
JENNINGS, Commissioner; FRANK PAPPAS, Com-
missioner; PATRICIA K. CUSHWA, Commissioner;
MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI,
Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants - Appellees.

6

MARVIN WILLIAMSON,

Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B. SMITH; DONALD L. KNOX; CHARLES HATFIELD; DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH, and all others similarly situated,

Plaintiffs,

versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON, Secretary of Public Safety and Correctional Services; RICHARD A. LANHAM; DIVISION OF CORRECTIONS; MARVIN N. ROBBINS, Executive Director, IGO; MELANIE C. PEREIRA, Deputy Commissioner; MARY ANNE SAAR, Former Acting Secretary; PAUL DAVIS, Chairman; MARJORIE A. JENNINGS, Commissioner; FRANK PAPPAS, Commissioner; PATRICIA K. CUSHWA, Commissioner; MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants - Appellees.

---

**No. 95-7441**

---

FREDERICK JOHNSON,

Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B. SMITH; DONALD L. KNOX; CHARLES HATFIELD; DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH, and all others similarly situated,

Plaintiffs,

versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON, Secretary of Public Safety and Correctional Services; RICHARD A. LANHAM; DIVISION OF CORRECTIONS; MARVIN N. ROBBINS, Executive Director, IGO; MELANIE C. PEREIRA, Deputy Commissioner; MARY ANNE SAAR, Former Acting Secretary; PAUL DAVIS, Chairman; MARJORIE A. JENNINGS, Commissioner; FRANK PAPPAS, Commissioner; PATRICIA K. CUSHWA, Commissioner; MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants - Appellees.

CLIFTON ANDERSON,

Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE
JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B.
SMITH; DONALD L. KNOX; CHARLES HATFIELD;
DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE;
ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY;
JONNY BROWN; PERCY SMITH, and all others
similarly situated,

Plaintiffs,

versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON,
Secretary of Public Safety and Correctional
Services; RICHARD A. LANHAM; DIVISION OF
CORRECTIONS; MARVIN N. ROBBINS, Executive
Director, IGO; MELANIE C. PEREIRA, Deputy
Commissioner; MARY ANNE SAAR, Former Acting
Secretary; PAUL DAVIS, Chairman; MARJORIE A.
JENNINGS, Commissioner; FRANK PAPPAS, Com-
missioner; PATRICIA K. CUSHWA, Commissioner;
MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI,
Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants - Appellees.

CLIFTON MOORE,

Appellant,

and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B. SMITH; DONALD L. KNOX; CHARLES HATFIELD; DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE; ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY; JONNY BROWN; PERCY SMITH, and all others similarly situated,

Plaintiffs,

versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON, Secretary of Public Safety and Correctional Services; RICHARD A. LANHAM; DIVISION OF CORRECTIONS; MARVIN N. ROBBINS, Executive Director, IGO; MELANIE C. PEREIRA, Deputy Commissioner; MARY ANNE SAAR, Former Acting Secretary; PAUL DAVIS, Chairman; MARJORIE A. JENNINGS, Commissioner; FRANK PAPPAS, Commissioner; PATRICIA K. CUSHWA, Commissioner; MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI, Commissioner; MICHAEL C. BLOUNT, Commissioner,

Defendants - Appellees.

---

**No. 95-7600**

---

DAVID P. BROWN,

                                        Appellant,

        and

JOHN LEE WORSHAM; WALLACE WARD; CLARENCE
JULIUS CHEW; JEFFREY STEVEN KERSEY; JOSEPH B.
SMITH; DONALD L. KNOX; CHARLES HATFIELD;
DOROTHY STEVENSON; KAREN FRIED; LISTON NOBLE;
ANTHONY EDWARD HENDERSON; CLIFFORD HINDS-BEY;
JONNY BROWN; PERCY SMITH, and all others
similarly situated,

                                        Plaintiffs,

        versus

WILLIAM D. SCHAEFFER; BISHOP L. ROBINSON,
Secretary of Public Safety and Correctional
Services; RICHARD A. LANHAM; DIVISION OF
CORRECTIONS; MARVIN N. ROBBINS, Executive
Director, IGO; MELANIE C. PEREIRA, Deputy
Commissioner; MARY ANNE SAAR, Former Acting
Secretary; PAUL DAVIS, Chairman; MARJORIE A.
JENNINGS, Commissioner; FRANK PAPPAS, Com-
missioner; PATRICIA K. CUSHWA, Commissioner;
MACEO WILLIAMS, Commissioner; DAN ZACCAGNINI,
Commissioner; MICHAEL C. BLOUNT, Commissioner,

                                Defendants - Appellees.

11

Appeals from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CA-93-1891-JFM, CA-93-1953-JFM, CA-93-2343-JFM, CA-93-4060-JFM, CA-93-2017-JFM, CA-93-2089-JFM, CA-93-2166-JFM, CA-93-3535-JFM, CA-93-3633-JFM, CA-94-113-JFM, CA-94-862-JFM, CA-94-1260-JFM)

---

Submitted: January 9, 1996          Decided: January 31, 1996

---

Before WILKINS and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John Lee Worsham, Jeffrey Steven Kersey, Clarence Julius Chew, Hercules Williams, Joseph Colvin, Marvin Williamson, Frederick Johnson, Clifton Anderson, Milton Moore, David P. Brown, Appellants Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Carmen Mercedes Shepard, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Plaintiffs appeal from the district court's order granting in part, and denying in part, relief on their 42 U.S.C. § 1983 (1988) complaint. Defendants have cross-appealed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Worsham v. Lanham, Nos. CA-93-1891-JFM; CA-93-1953-JFM; CA-93-2017-JFM; CA-93-2089-JFM; CA-93-2166-JFM; CA-93-2343-JFM; CA-93-3535-JFM; CA-93-3633-JFM; CA-94-113-JFM; CA-94-862-JFM; CA-94-1260-JFM; CA-93-4060-JFM (L) (D. Md. Aug. 1, 1995, Aug. 3, 1995). We deny the Plaintiffs' motions to appoint counsel and file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

13